S. LANE TUCKER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONTE RICHARD ROCREEC OUTWATER,<br><br>Defendant. | No. 3: 24-cr-00112-SLG-KFR<br><br>COUNT 1<br>UNLICENSED DEALING IN FIREARMS<br>    Vio. of 18 U.S.C. § 922(a)(1)(A)<br><br>COUNT 2<br>TRAFFICKING IN FIREARMS<br>    Vio. of 18 U.S.C. § 933(a)(1) and (3)<br><br>COUNTS 3, 5, 7, 9, 12<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>    Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C)<br><br>COUNTS 4, 6, 8, 10, 13<br>USING FIREARM DURING DRUG TRAFFICKING CRIME<br>    Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 11<br>ILLEGAL POSSESSION OF MACHINEGUN<br>    Vio. of 18 U.S.C. §§ 922(o) and 924(a)(2) |

CRIMINAL FORFEITURE
ALLEGATION 1
   21 U.S.C. § 853(a)(1) and (2), 28 U.S.C.
   § 2461(c), and Fed. R. Crim. P. 32.2(a)

CRIMINAL FORFEITURE
ALLEGATION 2
   U.S.C. § 924(d), 28 U.S.C. § 2461(c),
   and Fed. R. Crim. P. 32.2(a)

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

Between at a date unknown to the Grand Jury, but no later than about May 29, 2024, and continuing until at least about September 6, 2024, within the District of Alaska, the defendant, DONTE RICHARD ROCREEC OUTWATER, willfully engaged in the business of dealing in firearms without being a licensed dealer.

All of which is in violation of 18 U.S.C. § 922(a)(1)(A).

## COUNT 2

Between at a date unknown to the Grand Jury, but no later than about May 29, 2024, and continuing until at least about September 6, 2024, within the District of Alaska, the defendant, DONTE RICHARD ROCREEC OUTWATER, attempted to transport, transfer, cause to be transported, and to otherwise dispose of firearms in and affecting interstate and foreign commerce, to wit:

- A Radical Firearms RF-15 semiautomatic rifle

- A Ruger PC charger 9mm semiautomatic pistol

Case 3:24-cr-00112-VMK-KFR   Document 28   Filed 10/17/24   Page 2 of 10

- A Glock 45 9mm semiautomatic pistol

- A Glock 20 10mm semiautomatic pistol

- A Glock 23 .40 S&W semiautomatic pistol

- A Glock 19 9mm semiautomatic pistol

- An Anderson Manufacturing AM-15 7.62x39mm semiautomatic pistol

- A Glock 17 9mm semiautomatic pistol

- A Romarm-Cugir Micro-Draco 7.62x39mm semiautomatic pistol

- An AR-style .300 AAC Blackout semiautomatic pistol with no serial number

- A Glock 43x 9mm semiautomatic pistol

- An Aero Precision X15 .223 semiautomatic pistol

- An FN Herstal FNX-45 .45 ACP semiautomatic pistol

- A Glock 22 .40 S&W semiautomatic pistol

- A 5.56mm AR-style pistol with no serial number modified so as to be capable of firing automatically more than one round by a single operation of the trigger

- A Masterpiece Arms Defender 5.7x28mm semiautomatic pistol.

- A Romarm/Cugir Draco 7.62x39mm semiautomatic pistol

- A Palmetto State Armory PSAK-74 5.45x39mm semiautomatic rifle

while believing and having reasonable cause to believe that the use carrying, and possession of such firearms by the recipient would constitute a felony.

All of which is in violation of 18 U.S.C. § 933(a)(1) and (3).

## COUNT 3

On or about July 3, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, knowingly and intentionally distributed a Schedule I or Schedule II controlled substance.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about July 3, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, used and carried firearms during and in relation to, and possessed firearms in furtherance of the drug trafficking crime charged in Count 3, to wit:

- A Glock 17 9mm semiautomatic pistol

- A Romarm-Cugir Micro-Draco 7.62x39mm semiautomatic pistol

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 5

On or about July 30, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, knowingly and intentionally distributed a Schedule I or Schedule II controlled substance.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 6

On or about July 30, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, used and carried a firearm during and in relation to, and possessed a firearm in furtherance of the drug trafficking crime charged in Count 5, to wit:

- An AR-style .300 AAC Blackout semiautomatic pistol with no serial number

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

On or about August 7, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, knowingly and intentionally distributed a Schedule I or Schedule II controlled substance.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 8

On or about August 7, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, used and carried firearms during and in relation to, and possessed firearms in furtherance of the drug trafficking crime charged in Count 7, to wit:

- A Glock 43x 9mm semiautomatic pistol

- An Aero Precision X15 .223 semiautomatic pistol

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 9

On or about August 13, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, knowingly and intentionally distributed a Schedule I or Schedule II controlled substance.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 10

On or about August 13, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, used and carried firearms during and in relation to, and possessed firearms in furtherance of the drug trafficking crime charged in Count 9, to wit:

- An FN Herstal FNX-45 .45 ACP semiautomatic pistol

- A Glock 22 .40 S&W semiautomatic pistol

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 11

On or about August 28, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, knowingly possessed and transferred a machinegun, to wit: a 5.56mm AR-style pistol with no serial number modified so as to be capable of firing automatically more than one round by a single operation of the trigger.

All of which is in violation of 18 U.S.C. §§ 922(o), 924(a)(2).

## COUNT 12

On or about September 6, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, knowingly and intentionally distributed a controlled substance, to wit: five grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## COUNT 13

On or about September 6, 2024, the defendant, DONTE RICHARD ROCREEC OUTWATER, used and carried firearms during and in relation to, and possessed firearms in furtherance of the drug trafficking crime charged in Count 12, to wit:

- A Masterpiece Arms Defender 5.7x28mm semiautomatic pistol.
- A Romarm/Cugir Draco 7.62x39mm semiautomatic pistol
- A Palmetto State Armory PSAK-74 5.45x39mm semiautomatic rifle

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

<u>CRIMINAL FORFEITURE ALLEGATION 1</u>

The allegations contained in Counts 3, 5, 7, 9, 12 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Counts 3, 5, 7, 9, 12 of this Indictment, the defendant, DONTE RICHARD ROCREEC OUTWATER, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

- A Radical Firearms RF-15 semiautomatic rifle, serial number 23-001524

- A Glock 20 10mm semiautomatic pistol, serial number TNX229

- A Glock 19 9mm semiautomatic pistol, serial number CBPA339

- An Anderson Manufacturing AM-15 7.62x39mm semiautomatic pistol, serial number 16337114

- A Glock 17 9mm semiautomatic pistol, serial number CCHD226

- A Romarm-Cugir Micro-Draco 7.62x39mm semiautomatic pistol, serial number ROA21PMD-25204

- An AR-style .300 AAC Blackout semiautomatic pistol with no serial number

- A Glock 43x 9mm semiautomatic pistol, serial number BUEN276

- An Aero Precision X15 .223 semiautomatic pistol

- An FN Herstal FNX-45 .45 ACP semiautomatic pistol, serial number FX3U054034.

- A Glock 22 .40 S&W semiautomatic pistol, PTA383

- A 5.56mm AR-style pistol with no serial number modified so as to be capable of firing automatically more than one round by a single operation of the trigger

- A Masterpiece Arms Defender 5.7x28mm semiautomatic pistol, serial number FX40131

- A Romarm/Cugir Draco 7.62x39mm semiautomatic pistol, serial number DC-6631-10

- A Palmetto State Armory PSAK-74 5.45x39mm semiautomatic rifle, serial number AK74001338

- $17,600

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. Rule 32.2(a) of the Federal Rules of Criminal Procedure.

<u>CRIMINAL FORFEITURE ALLEGATION 2</u>

The allegations contained in Counts 1, 2, 4, 6, 8, 10, 11, and 13 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922, 924, and 933 set forth in Count Counts 1, 2, 4, 6, 8, 10, 11, and 13 of this Indictment, the defendant, DONTE

RICHARD ROCREEC OUTWATER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

- A Radical Firearms RF-15 semiautomatic rifle, serial number 23-001524

- A Glock 20 10mm semiautomatic pistol, serial number TNX229

- A Glock 19 9mm semiautomatic pistol, serial number CBPA339

- An Anderson Manufacturing AM-15 7.62x39mm semiautomatic pistol, serial number 16337114

- A Glock 17 9mm semiautomatic pistol, serial number CCHD226

- A Romarm-Cugir Micro-Draco 7.62x39mm semiautomatic pistol, serial number ROA21PMD-25204

- An AR-style .300 AAC Blackout semiautomatic pistol with no serial number

- A Glock 43x 9mm semiautomatic pistol, serial number BUEN276

- An Aero Precision X15 .223 semiautomatic pistol, serial number X582812

- An FN Herstal FNX-45 .45 ACP semiautomatic pistol, serial number FX3U054034

- A Glock 22 .40 S&W semiautomatic pistol, PTA383

- A 5.56mm AR-style pistol with no serial number modified so as to be capable of firing automatically more than one round by a single operation of the trigger

- A Masterpiece Arms Defender 5.7x28mm semiautomatic pistol, serial number FX40131

- A Romarm/Cugir Draco 7.62x39mm semiautomatic pistol, serial number DC-6631-10

- A Palmetto State Armory PSAK-74 5.45x39mm semiautomatic rifle, serial number AK74001338

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a).


A TRUE BILL


s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney


DATE: 10/15/24

Case 3:24-cr-00112-VMK-KFR    Document 28    Filed 10/17/24    Page 10 of 10